# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAPHAEL DWIGHT HUNDLEY** | : | CIVIL ACTION |
| v. | : | NO. 10-2150 |
| **JEANNEAN HOLLOWAY,** *et al.* | : | |

## ORDER

**AND NOW**, this 24th day of May, 2010, it appearing that the plaintiff has not tendered the $350 filing fee or requested leave to proceed *in forma pauperis*, it is **ORDERED** as follows:

1. The Clerk of Court shall promptly furnish the plaintiff with the *in forma pauperis* application form;

2. The plaintiff shall **either** complete the *in forma pauperis* application form and return it to the Clerk of Court within thirty (30) days, including the requisite certification of prison assets signed by a prison official; **or**, in the alternative, tender the required $350 filing fee to the Clerk of Court within thirty (30) days.

3. Failure of the plaintiff to comply with this Order shall result in this action being dismissed.

                                                                            /s/ Timothy J. Savage
                                                                            TIMOTHY J. SAVAGE, J.